THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHONSE L. HARRISON, Appellant, against J. V. JACKSON, as Warden of Clinton Prison, et al., Respondents.

Submitted January 3, 1949; decided January 13, 1949.

Motion by appellant for reargument denied. [See 298 N. Y. 219].

MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted January 3, 1949; decided January 13, 1949.

Motion for reargument denied. [See 294 N. Y. 818.]